IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDACE WILLRICH,       § | |
|     Plaintiff,              § | |
| § | |
| v.                                          § | 3:13-CV-2670-M-BK |
| § | |
| UNITED STATES OF AMERICA, et al.  § | |
|     Defendants.         § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  Plaintiff filed objections and over fifty motions/other filings reiterating her fantastical and delusional claims and seeking recusal, sanctions, and injunctive relief.  The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Plaintiff's motions are **DENIED**.

IT IS THEREFORE ORDERED that this action is summarily **DISMISSED** with prejudice as frivolous, *see* 28 U.S.C. § 1915(e)(2)(B), and that Plaintiff is **BARRED** from filing future *in forma pauperis* actions in this Court without first seeking leave to file.  In addition, in light of the unwarranted number of abusive filings in this case, Plaintiff is **DENIED** the opportunity to file electronically in this case and any future cases Plaintiff may file in this District.

The Court **CERTIFIES** that any appeal of this action would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).  In support of this finding, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation.  *See Baugh v.*

*Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997).  Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous.  *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

    **SO ORDERED**.

    August 20, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS